1  **STDM**
   Farhan R. Naqvi
2  Nevada Bar No. 8589
   Paul G. Albright
3  Nevada Bar No. 14159
4  NAQVI INJURY LAW
   9500 W Flamingo Road, Suite 104
5  Las Vegas, Nevada 89147
   Telephone: (702) 553-1000
6  Facsimile: (702) 553-1002
7  paul@naqvilaw.com
   naqvi@naqvilaw.com
8  *Attorneys for Plaintiff*

9                **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11

12  LILIA JARRELL, individually,           Case No.: 2:18-cv-01219-APG-CWH

13                     Plaintiff,           **STIPULATION AND ORDER TO**
                                            **DISMISS (1) INLAND DIVERSIFIED**
14  vs.                                     **LAS VEGAS EASTERN BELTWAY,**
                                            **LLC, (2)THE INLAND REAL ESTATE**
15  WAL-MART STORES, INC.; WALMART          **GROUP, LLC a/k/a THE INLAND**
    INC. d/b/a WALMART #2593; INLAND        **REAL ESTATE GROUP, INC., and**
16  DIVERSIFIED LAS VEGAS EASTERN           **(3)INLAND REAL ESTATE**
17  BELTWAY, LLC; THE INLAND REAL           **INVESTMENT CORPORATION**
    ESTATE GROUP, LLC a/k/a THE INLAND      **WITHOUT PREJUDICE, AND ORDER**
18  REAL ESTATE GROUP, INC.; INLAND         **TO AMEND CAPTION**
    REAL ESTATE INVESTMENT
19  CORPORATION; DOES 1 through 100 and
20  ROE CORPORATIONS 1 through 100,
    inclusive,
21
22                     Defendants.

23        IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff LILLIA

24  JARRELL (hereinafter "Plaintiff"), by and through her attorney of record, PAUL G.
25
26  ALBRIGHT, ESQ. of NAQVI INJURY LAW, and Defendants WAL-MART STORES, INC.,

27  WALMART INC. d/b/a WALMART #2593, INLAND DIVERSIFIED LAS VEGAS

28  EASTERN BELTWAY, LLC, THE INLAND REAL ESTATE GROUP, LLC a/k/a THE

INLAND REAL ESTATE GROUP, INC., and INLAND REAL ESTATE INVESTMENT, by and through their attorney, TIMOTHY KUHLS, ESQ. of PHILLIPS, SPALLAS & ANGSTADT LLC, as follows:

1.   Defendants WAL-MART STORES, INC. and WALMART INC. d/b/a WALMART #2593 (hereinafter "Defendant WAL-MART"), and Defendants INLAND DIVERSIFIED LAS VEGAS EASTERN BELTWAY, LLC, THE INLAND REAL ESTATE GROUP, LLC a/k/a THE INLAND REAL ESTATE GROUP, INC., and INLAND REAL ESTATE INVESTMENT CORPORATION (hereinafter collectively referred to as the "INLAND Defendants") represent that the INLAND Defendants are not correct or necessary parties in this matter as they do not have any liability or responsibility for the subject incident nor Plaintiff's alleged claims or damages arising therefrom.

2.   Defendants further represent that Defendant WAL-MART is the correct legal business entity in this matter as it owned, operated, managed, maintained, inspected and/or controlled the subject premises, Wal-Mart store #2593 located at 8310 E. Serene Avenue, Las Vegas, NV 89123, and the area within the premises where the subject incident allegedly occurred at all time relevant to the subject matter.

3.   **IT IS HEREBY STIPULATED AND AGREED** based on the foregoing representations that INLAND Defendants shall be dismissed **without prejudice** from the above entitled matter, which has a date of loss of June 2, 2016, leaving WAL-MART STORES, INC. and WALMART INC. d/b/a WALMART #2593 as the defendants in this matter, and that such amendment shall relate back for all purposes, including the statute of limitations.

4. **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this dismissal shall have no effect on Plaintiff's pursuit of her claims against the remaining defendants, and will not jeopardize Plaintiff's ability to establish coverage under any applicable insurance policies that may cover Plaintiff's subject claims.

5. **IT IS HEREBY FURTHER STIPULATED AND AGREED** that, should discovery reveal that any of the foregoing dismissed entities are somehow liable for the subject incident, the subject premises, and/or Plaintiff's alleged claims or damages arising therefrom, Plaintiff may amend the Complaint, or any amendments thereto, to include the dismissed entities back into this lawsuit, and any such amendment shall relate back to the filing of the original Complaint for all purposes, including the statute of limitations.

6. **IT IS FURTHER STIPULATED AND AGREED** that, despite the dismissal provided herein, if evidence demonstrates any negligence or liability on the part of the INLAND Defendants, Plaintiff may amend the Complaint, or any amendments thereto, to include the potentially liable entities back into this lawsuit, and any such amendment shall relate back to the filing of the original Complaint for all purposes, including the statute of limitations.

7. **IT IS HEREBY FURTHER STIPULATED AND AGREED** that Plaintiff will not be required to file an amended Complaint or to re-serve the Complaint.

8. **IT IS HEREBY FURTHER STIPULATED AND AGREED** that every reference in the body of the Complaint to INLAND DIVERSIFIED LAS VEGAS EASTERN BELTWAY, LLC, THE INLAND REAL ESTATE GROUP, LLC a/k/a THE INLAND REAL ESTATE GROUP, INC., and INLAND REAL ESTATE INVESTMENT CORPORATION will be understood to be and interpreted as a reference to WAL-

MART STORES, INC. and WALMART INC. d/b/a WALMART #2593 aside from

paragraphs 4-6 of the Complaint. **IT IS HEREBY FURTHER STIPULATED AND**

**AGREED** that the caption in this matter will be amended as set forth in *Exhibit 1*, which

is attached hereto and incorporated herein by this reference.

DATED this __27th__ day of March, 2019.

NAQVI INJURY LAW

FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Counsel for Plaintiff*

DATED this ___ day of March, 2019.

PHILLIPS, SPALLAS & ANGSTADT LLC

TIMOTHY KUHLS, ESQ.
Nevada Bar No. 11441
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: ___March 27, 2019___

Respectfuly Submitted by:

NAQVI INJURY LAW

FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Counsel for Plaintiff*