1  FARHAN R. NAQVI
   Nevada Bar No. 8589
2  PAUL G. ALBRIGHT
   Nevada Bar No. 14159
3  NAQVI INJURY LAW
   9500 W Flamingo Road, Suite 104
4  Las Vegas, Nevada 89147
   Telephone: (702) 553-1000
5  Facsimile: (702) 553-1002
6  naqvi@naqvilaw.com
   paul@naqvilaw.com
7  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LILIA JARRELL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2593; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01219-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S UNTIMELY-DISCLOSED PAST MEDICAL DAMAGES AND LOST WAGES, EARNING CAPACITY AND FUTURE DAMAGES CLAIMS [ECF Doc. 45]**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff LILIA JARRELL ("Plaintiff"), by and through her counsel of record, FARHAN R. NAQVI, ESQ. and PAUL G. ALBRIGHT, ESQ. of NAQVI INJURY LAW, and Defendants WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2593, by and through their counsel of record, TIMOTHY D. KUHLS, ESQ. of PHILLIPS, SPALLAS & ANGSTADT LLC, that Plaintiff be granted an extension of time in which to file a responsive pleading to *Defendants Wal-Mart Stores, Inc. and Walmart, Inc. d/b/a Walmart #2593's Motion to Exclude Plaintiff's Untimely-Disclosed Past Medical Damages and Lost Wages, Earning Capacity and Future Damages Claims [ECF Doc. 45]* filed on December 10, 2020.



1  The parties stipulate that the deadline for Plaintiff's responsive pleadings to the

2  aforementioned motions be up to and including **January 25, 2021**.   This is the first

3  stipulation for extension of time to file Plaintiff's responsive pleadings to the subject motion.

4  The trial in this matter is currently set for April 19, 2021.

5

6  DATED this 16th of December, 2020.                   DATED this 16th of December, 2020.

7  NAQVI INJURY LAW                                     PHILLIPS, SPALLAS & ANGSTADT, LLC
   /s/ Paul G. Albright_____                   /s/ Timothy D. Kuhls_____
8  FARHAN R. NAQVI                                      ROBERT K. PHILLIPS
   Nevada Bar No. 8589                                  Nevada Bar No. 11441
9  PAUL G. ALBRIGHT                                     TIMOTHY D. KUHLS
   Nevada Bar No. 14159                                 Nevada Bar No. 13362
10 9500 W Flamingo Road, Suite 104                      504 South Ninth Street
11 Las Vegas, Nevada 89147                              Las Vegas, Nevada 89101
   *Attorneys for Plaintiff*                            *Attorneys for Defendants*
12

13
                              **IT IS SO ORDERED:**
14

15

16                            _____
                              **UNITED STATES MAGISTRATE JUDGE,**
17

18
                              **DATED:** __12-22-2020_____
19

20

21