ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LILIA JARRELL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; WALMART, INC. d/b/a WALMART #2593; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-01219-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE PLAINTIFF'S UNTIMELY-DISCLOSED PAST MEDICAL DAMAGES AND LOST WAGES, EARNING CAPACITY AND FUTURE DAMAGES CLAIMS [ECF 45]**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff Lillia Jarrell (hereinafter "Plaintiff") and Defendants WAL-MART STORES, INC. and WALMART, INC. d/b/a WALMART #2593 (hereinafter referred to in the singular as "Walmart" or "Defendant"), by and through their respective counsel of record, do hereby stipulate to Defendant having a 48-hour extension upon which to file a Reply in Support of its Motion to Exclude Plaintiff's Untimely-Disclosed Past Medical Damages and Lost Wages, Earning Capacity and Future Damages Claims [ECF 45.]

. . .

. . .

. . .

1 | The parties stipulate that the deadline for Defendant's Reply in Support of the aforementioned
2 | Motion be up and including <u>February 3, 2021</u>. This is the first stipulation for extension of time to file
3 | Defendant's Reply in support of said motion. The trial in this matter is currently set for April 19, 2021
4 | and the parties aver that this request for continuance is made by the parties in good faith and not solely
5 | for the purpose of delay.

6 | DATED this 1st day of February 2021.  DATED this 1st day of February 2021.

**NAQVI INJURY LAW**  **PHILLIPS SPALLAS & ANGSTADT LLC**

/s/ Paul G. Albright  /s/ Timothy D. Kuhls

FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
9500 W. Flamingo Road, Suite 104
Las Vegas, NV 89147

*Attorneys for Plaintiff*
*Lilia Jarrell*

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 2-1-2021