# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LILIA JARRELL, | Case No.: 2:18-cv-01219-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| WALMART STORES, INC., et al., | |
| Defendants | |

I ORDER that by June 10, 2021, the defendants shall confer with the plaintiff's counsel about plaintiff's motion to substitute an expert (ECF No. 56). If the parties can reach an agreement on the motion, they shall file a stipulation to that effect, including deadlines for new disclosures, depositions, and the like. If the parties cannot agree on the motion, they shall file a stipulation as to the briefing schedule for the motion or their respective positions regarding the same by June 11, 2021.

DATED this 8th day of June, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE