ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendants*
*Wal-Mart Stores, Inc. & Walmart Inc. d/b/a*
*Walmart No. 2593*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILIA JARRELL,<br><br>          Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2593; INLAND DIVERSIFIED LAS VEGAS EASTERN BELTWAY, LLC; THE INLAND REAL ESTATE GROUP, LLC a/k/a THE INLAND REAL ESTATE GROUP INC.; INLAND REAL ESTATE INVESTMENT CORPORATION; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>          Defendants. | Case No.: 2:18-cv-01219-APG-CWH<br><br>**STIPULATION AND ORDER BETWEEN PLAINTIFF LILIA JARRELL AND DEFENDANTS WAL-MART STORES, INC. AND WALMART, INC. D/B/A WALMART NO. 2593 REGARDING THE BRIEFING SCHEDULE AS IT PERTAINS TO PLAINTIFF'S MOTION TO SUBSTITUTE AN EXPERT** |

The parties to this action, Defendants WAL-MART STORES, INC. & WALMART, INC. D/B/A WALMART NO. 2593 ("Walmart" or "Defendants") and Plaintiff, LILIA JARRELL ("Plaintiff") (collectively, the "Parties"), by their respective counsel, hereby stipulate and request that the Court enter an Order setting the Briefing Schedule as it Pertains to Plaintiff's Motion to Substitute an Expert. [ECF No. 56.] The Parties agree that this matter will not be briefed according to the default schedule, but will instead be briefed and set per the terms of the Order that follows:

. . .

**IT IS THEREFORE STIPULATED THAT:**

1. Defendants shall file and serve a response and/or opposition to ECF 56 on or by **June 25, 2021**; and

2. Plaintiff shall file and serve a reply on or by **July 9, 2021**.

**IT IS FURTHER STIPULATED** that all supporting memoranda filed by the parties pursuant to this order shall cite transcript or records when making assertions of fact, and that propositions of law shall be supported by citations or authority.

**IT IS FURTHER STIPULATED** that all requests for extensions of time altering the deadlines set in this order shall be made by written motion filed with the Court.

The Parties aver they have complied with terms of ECF 57.

DATED this 15th day of June 2021.

**NAQVI INJURY LAW**

/s/ Paul G. Albright, Esq.
_____
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
PAUL G. ALBRIGHT, ESQ.
Nevada Bar No. 14159
9500 W. Flamingo Road, Suite 104
Las Vegas, NV 89147

*Attorneys for Plaintiff*

DATED this 15th day of June 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Timothy D. Kuhls, Esq.
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 S. 9th Street
Las Vegas, NV 89101

*Attorneys for Defendants*
*Wal-Mart Stores, Inc. & Walmart Inc. d/b/a Walmart No. 2592*

DATED this 15th day of June 2021.

**PRINCE LAW GROUP**

/s/ Angela M. Lee, Esq.
_____
DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
ANGELA M. LEE, ESQ.
Nevada Bar No. 14905
PRINCE LAW GROUP
10801 W. Charleston Boulevard, Suite 560
Las Vegas, NV 89135
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: June 16, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE