1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  ANGELA M. LEE
   Nevada Bar No. 14905
3  **PRINCE LAW GROUP**
4  10801 W. Charleston Boulevard, Suite 560
   Las Vegas, NV 89135
5  Tel: (702) 534-7600
6  Fax: (702) 534-7601
   Email: eservice@thedplg.com
7  -And-
8  FARHAN R. NAQVI
   Nevada Bar No. 8589
9  **NAQVI INJURY LAW**
   9500 W. Flamingo Road, Suite 104
10 Las Vegas, NV 89147
11 Tel: (702) 553-1000
   Fax: (702) 553-1002
12 Email: naqvi@naqvilaw.com
   Email: paul@naqvilaw.com
13 Attorneys for Plaintiff

14
                    UNITED STATES DISTRICT COURT
15
                        CLARK COUNTY, NEVADA
16

17 | LILIA JARRELL,                          | Case No.: 2:18-cv-01219-APG-VCF

18 |         Plaintiff,

19 | vs.                                     | **STIPULATION**
                                              **AND ORDER TO CONTINUE**
20 |                                          **MOTION IN LIMINE DEADLINE**
   | WAL-MART STORES, INC.; WALMART          | **(FIRST REQUEST)**
21 | INC. d/b/a WALMART #2593; INLAND
22 | DIVERSIFIED LAS VEGAS EASTERN
   | BELTWAY, LLC; THE INLAND REAL
23 | ESTATE GROUP, INC.; INLAND REAL
   | ESTATE INVESTMENT CORPORATION;
24 | DOES 1 through 100 and ROE
25 | CORPORATIONS 1 through 100, inclusive,

26 |         Defendant.

27         Plaintiff LILIA JARRELL ("Plaintiff"), by and through her attorneys of record,

28 Dennis M. Prince and Angela M. Lee of PRINCE LAW GROUP, and Farhan R. Naqvi



Page **1** of **3**

and Paul G. Albright of the law firm NAQVI INJURY LAW, and Defendants WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2593 (hereinafter collectively referred to as "Defendant Walmart"), by and through their attorneys of record, Robert K. Phillips and Timothy D. Kuhls of the law firm PHILLIPS, SPALLAS & ANGSTADT, LLC, submit this **STIPULATION AND ORDER TO CONTINUE MOTION IN LIMINE DEADLINE** for the Court's consideration.

In the interest of judicial economy and efficiency, the parties request a brief continuance of the Motion in Limine deadline. This is the first request to extend the Motion in Limine deadline, though the Motion in Limine deadline has been previously altered three times. The first extension was a result of the parties' stipulation to extend discovery on October 17, 2018 (ECF 16, 17). The second extension was a result of the parties' stipulation to continue trial on October 14, 2020 (ECF 43, 44). The third extension was a result of the parties' stipulation to continue trial on February 10, 2021 (ECF 52, 53).

The parties have been diligent in this matter, but various upcoming events may affect the subject Motions in Limine. On July 14, 2021, the parties met and conferred regarding our respective Motions in Limine pursuant to LR 16-3(a). Although the parties were able to agree on many evidentiary issues, the parties collectively have more than 30 Motions in Limine that they intend to file. Some of these motions, however, are dependent upon the Court's ruling regarding Plaintiff's Emergency Motion to Substitute Plaintiff's Expert Witness Dr. Gross with Dr. Oliveri (ECF 56). The outcome of Plaintiff's Motion to Substitute may also affect the Motion in Limine due date. Moreover, there is an upcoming Master Trial Calendar Scheduling Conference on August 3, 2021, which may further affect the Motion in Limine due date.

A continuance of the Motion in Limine due date will provide additional time during which the Court may render a ruling on Plaintiff's Motion to Substitute which will provide clarity on various Motions in Limine that the parties intend to file.

Moreover, the continuance will allow the parties to attend the Master Trial Calendar Scheduling Conference to determine when the trial will be and when the Motions in Limine will be due in accordance with the trial date. Accordingly, the parties are requesting a brief two-week extension to file our Motions in Limine from July 23, 2021, to Monday, August 9, 2021.

DATED this 15th day of July, 2021

**PRINCE LAW GROUP**

**/s/ Dennis M. Prince**
_____
DENNIS M. PRINCE
Nevada Bar No. 5092
ANGELA M. LEE
Nevada Bar No. 14905
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
-And-
FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
**NAQVI INJURY LAW**
Nevada Bar No. 14159
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

DATED this 15th day of July, 2021

**PHILLIPS, SPALLAS & ANGSTADT**

**/s/ Timothy Kuhls**
_____
ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** July 16, 2021

