1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  ANGELA M. LEE
   Nevada Bar No. 14905
3  **PRINCE LAW GROUP**
   10801 W. Charleston Blvd., Suite 560
4  Las Vegas, NV 89135
   Tel: (702) 534-7600
5  Fax: (702) 534-7601
   E-Mail: eservice@thedplg.com
6  -and-
7  FARHAN R. NAQVI
   Nevada Bar No. 8589
8  **NAQVI INJURY LAW**
   9500 W. Flamingo Road, Suite 104
9  Las Vegas, NV 89147
   Tel: (702) 553-1000
10 Fax: (702) 553-1002
   E-Mail: naqvi@naqvilaw.com
11 E-Mail: paul@naqvilaw.com
   *Attorneys for Plaintiff*
12

13              **UNITED STATES DISTRICT COURT**

14                **CLARK COUNTY, NEVADA**

15 | LILIA JARRELL,                                      | Case No.: 2:18-cv-01219-APG-VCF |
16 |                                                     |                                 |
   |              Plaintiff,                             | **STIPULATION AND ORDER TO**    |
17 |                                                     | **CONTINUE TRIAL (THIRD**       |
   | vs.                                                 | **REQUEST)**                    |
18 |                                                     |                                 |
19 | WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2593; INLAND DIVERSIFIED LAS VEGAS EASTERN BELTWAY, LLC; THE INLAND REAL ESTATE GROUP, INC.; INLAND REAL ESTATE INVESTMENT CORPORATION; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
23 |              Defendant.                             |                                 |

24

25   Plaintiff LILIA JARRELL ("Plaintiff"), by and through her attorneys of record,

26 Dennis M. Prince and Angela M. Lee of PRINCE LAW GROUP, and Farhan R. Naqvi

27 and Paul G. Albright of the law firm NAQVI INJURY LAW, and Defendants WAL-MART

28 STORES, INC.; WALMART INC. d/b/a WALMART #2593 (hereinafter collectively



Page 1 of 3

1  referred to as "Defendant Walmart"), by and through their attorneys of record, Robert
2  K. Phillips and Timothy D. Kuhls of the law firm PHILLIPS, SPALLAS & ANGSTADT,
3  LLC, submit this **STIPULATION AND ORDER TO CONTINUE TRIAL** for the
4  Court's consideration.

5      Good cause exists for continuing the trial date. The parties have diligently
6  prosecuted and defended this case, and have only requested short extensions of time
7  previously. The first extension was a result of the parties' stipulation to continue trial
8  on October 14, 2020 (ECF 43, 44). The second extension was a result of the parties'
9  stipulation to continue trial on February 10, 2021 (ECF 52, 53).

10     The parties have been diligent in this matter, but unforeseen circumstances have
11 made attending trial in December difficult. Additionally, Defendant's expert, Dr.
12 McIntire is not available to testify the week of December 13th. Accordingly, judicial
13 economy and efficiency favor a brief continuance of the trial in this matter. The parties
14 have also been working together in an attempt to settle this matter. A continuance of
15 trial will provide additional time for the parties to discuss settlement negotiations.
16 Moreover, should those negotiations not be successful, a brief extension of time will
17 provide the parties an opportunity to more fully prepare for trial in order to present
18 thorough and well briefed claims and defenses. Furthermore, continuing trial may allow
19 another unresolvable matter on the Court's lengthy trial stack to proceed to trial in a
20 more timely manner. Lastly, in the event the parties are unable to resolve this matter,
21 they will require some time to determine the availability and travel capabilities of
22 various witnesses and experts that reside out of state.

23     Accordingly, the parties are requesting a continuation of the trial date. The
24 current trial date is December 13, 2021, with the Calendar Call on November 23, 2021.
25 The parties respectfully request that the trial in this matter be continued to this Court's
26 February trial stack, or as soon thereafter as this matter may be heard. This will allow
27 the parties an adequate opportunity to further pursue resolution, as detailed above. The
28 parties likewise request a continuance of all other deadlines associated with trial in

accordance with the new trial date, including the deadline for filing motions in limine. This Stipulation to Continue Trial is made in good faith and not for purposes of delay.

DATED this 12th day of November, 2021

**PRINCE LAW GROUP**

/s/ *Dennis M. Prince*
_____
DENNIS M. PRINCE
Nevada Bar No. 5092
ANGELA M. LEE
Nevada Bar No. 14905
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
-and-
FARHAN R. NAQVI
Nevada Bar No. 8589
PAUL G. ALBRIGHT
Nevada Bar No. 14159
NAQVI INJURY LAW
Nevada Bar No. 14159
9500 W Flamingo Road, Suite 104
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

DATED this 12th day of November, 2021

**PHILLIPS, SPALLAS & ANGSTADT**

/s/ *Timothy Kuhls*
_____
ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*

ORDER

The December 2021 trial dates and the November 2021 Master Trial Scheduling Conference are vacated.

Calendar Call is continued to February 22, 2022, at 9:00 a.m. in Courtroom 6C.

Jury Trial is continued to February 28, 2022, at 9:00 a.m. in Courtroom 6C.

Motions in limine deadline is continued to January 24, 2022.

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** November 15, 2021

