Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendants, WAL-MART STORES, INC. and WALMART INC d/b/a WALMART # 2593

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LILIA JARRELL, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC.: WALMART INC d/b/a WALMART # 2593; INLAND DIVERSIFIED LAS VEGAS EASTERN BELTWAY, LLC a/k/a THE INLAND REAL ESTATE GROUP; THE INLAND REAL ESTATE INVESTMENT CORPORATION; DOES 1 through 100; and ROE CORPORATIONS 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:18-cv-01219-APG-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

///
///
///

## SUBSTITUTION OF ATTORNEY

Defendants WAL-MART STORES, INC. and WALMART INC d/b/a WALMART # 2593 hereby substitute attorneys, Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, located at 1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144, in the above-entitled action, in place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, located at 504 South Ninth Street, Las Vegas, Nevada 89101.

DATED: March 22, 2022

WAL-MART STORES, INC. and WALMART INC d/b/a WALMART # 2593

By: *Matthew Burgess*

Attorney Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, hereby consents to the substitution of Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, as attorney of record for Defendants WAL-MART STORES, INC. and WALMART INC d/b/a WALMART # 2593.

DATED: March 21st, 2022

PHILLIPS, SPALLAS & ANGSTADT LLC

By: _____
Robert K. Phillips, Esq. (Bar #11441)
rphillips@psalaw.net
Timothy D. Kuhls, Esq. (Bar #13362)
tkuhls@psalaw.net

///
///
///

Attorneys Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, hereby consent to act as the attorney of record for Defendants WAL-MART STORES, INC. and WALMART INC d/b/a WALMART # 2593 in the above-referenced matter in the place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC.

DATED: March 24, 2022                    SKANE MILLS LLP

*/s/ Sarai L. Thornton*

By:_____
Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  3-25-2022
_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March ___, 2022, I sent via e-mail a true and correct copy of the above and foregoing **SUBSTITUTION OF ATTORNEY**, through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

_____
An employee of SKANE MILLS LLP

**SERVICE LIST**

| | |
|---|---|
| Farhan R. Naqvi, Esq.<br>Elizabeth E. Coleman, Esq.<br>NAQVI INJURY LAW<br>9500 W. Flamingo Road<br>Suite 104<br>Las Vegas, NV 89147<br>Phone : (702) 553-1000<br>Fax : (702) 553-1002<br>Email: elizabeth@naqvilaw.com<br>Email: naqvi@naqvilaw.com | *Attorneys for Plaintiff,* |