ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Former Counsel for Defendant*
*Wal-Mart Stores, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LILIA JARRELL,<br><br>              Plaintiff,<br>v.<br><br>WAL-MART STORES, INC.; WALMART INC. d/b/a WALMART #2593; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>              Defendants. | Case No.: 2:18-cv-01219-APG-VCF<br><br>**MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST** |

COMES NOW, former counsel for Defendants, WAL-MART STORES, INC. and WALMART INC. d/b/a WALMART #2593 ("Defendants" and/or in the singular, "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, from the electronic service list on the above-captioned matter.

Specifically, undersigned counsel requests the physical address of 504 S. 9th Street, Las Vegas, NV 89101 be removed from the service list. Former counsel also requests the following electronic addresses be removed:

. . .

. . .

| | | |
|---|---|---|
| Robert K. Phillips | rphillips@psalaw.net, | aayres@psalaw.net, |
| afoshee@psalaw.net, | creyes@psalaw.net, | dwilson@psalaw.net, |
| iburton@psalaw.net, | jkephart@psalaw.net, | jpatrick@psalaw.net, |
| jtang@psalaw.net, | laguilar@psalaw.net, | lrobinson@psalaw.net, |
| lvmail@psalaw.net, | lwall@psalaw.net, | mcervantes@psalaw.net, |
| msoto@psalaw.net, | mwessel@psalaw.net, | nhebert@psalaw.net, |
| tkuhls@psalaw.net | | |
| | | |
| Ryan Kerbow | ryan@vegashurt.com | ivan@vegashurt.com |
| | daniela@vegashurt.com | |
| | montserrat@vegashurt.com | sabina@vegashurt.com |
| | | |
| Timothy D. Kuhls | tkuhls@psalaw.net | amccarty@psalaw.net |

DATED this 30th day of March 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Counsel for Defendant
Wal-Mart Stores, Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  3-31-2022 _____

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5, I hereby certify that I am an employee of the law firm PHILLIPS, SPALLAS & ANGSTADT, LLC, and that on this 30th day of March 2022, I electronically served a copy of **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST**, as follows:

☐ By facsimile;

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Service through CM/ECF to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| FARHAN R. NAQVI, ESQ.<br>Nevada Bar No. 8589<br>NAQVI INJURY LAW<br>9500 W. Flamingo Road, Suite 104<br>Las Vegas, NV 89147<br><br>AND<br><br>DENNIS M. PRINCE, ESQ.<br>Nevada Bar No. 5092<br>ANGELA M. LEE, ESQ.<br>Nevada Bar No. 14905<br>PRINCE LAW GROUP<br>10801 W. Charleston Blvd., Ste. 560<br>Las Vegas, NV 89135 | Phone 702-533-1000<br>Fax    702-533-1002<br><br><br><br><br>Phone 702-534-7600<br>Fax    702-534-7601 | Plaintiff |
| ELIZABETH A. SKANE, ESQ.<br>Nevada Bar No. 7181<br>SARAI L. THORNTON, ESQ.<br>Nevada Bar No. 11067<br>SKANE MILLS LLP<br>1120 Town Center Drive, Suite 200<br>Las Vegas, NV 89144 | Phone: 702-363-2535<br>Fax:    702-363-2534 | Defendant |

*/s/ Joshua J. Kephart*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC