UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILIA JARRELL,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART STORES, INC., et al.,<br><br>    Defendants | Case No.: 2:18-cv-01219-APG-VCF<br><br>**Order Granting in Part Motion in Limine No. 13**<br><br>[ECF No. 77] |

   Plaintiff Lilia Jarrell filed a motion in limine seeking to exclude reference to Dr. Gross and his criminal conviction. ECF No. 77.  At the April 13, 2022 hearing, I granted the motion in part with respect to Dr. Oliveri as the substitute expert for Dr. Gross.  I took under advisement whether economic expert Terrence Clauretie's reliance on Dr. Gross's opinion opened the door to evidence that Dr. Gross had been convicted of a crime involving dishonesty.

   Clauretie states in his report that he relied on Dr. Gross's opinion on future costs. ECF No. 102-4 at 3.  For the reasons stated at the hearing, I deny the motion in limine to exclude reference to Dr. Gross and his criminal conviction to the extent Clauretie relies on Dr. Gross's opinions and work to form his own opinions.

   I THEREFORE ORDER that plaintiff Lilia Jarrell's motion in limine number 13 **(ECF No. 77) is GRANTED in part** as set forth at the hearing and in this order.

   DATED this 21st day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE