UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LILIA JARRELL, | Case No.: 2:18-cv-01219-APG-VCF |
| Plaintiff, | **Order** |
| v. | [ECF No. 84] |
| WALMART STORES, INC., et al., | |
| Defendants. | |

Plaintiff Lilia Jarrell filed a motion *in limine* seeking to exclude: (1) a domestic violence incident with her ex-husband; (2) her children's relationships with their fathers; (3) her prescription medication use; and (4) her 2006 arrest and conviction. ECF No. 84. Walmart opposed. ECF No. 103. At the April 13, 2022 hearing, I ruled on all issues except her prescription medication use. Given the parties' positions at the motion hearing, I cannot yet determine whether to exclude evidence regarding Jarrell's prescription medication use.

I THEREFORE ORDER that by May 5, 2022, Walmart will disclose to Jarrell the particular evidence it may seek to introduce at trial, and the purposes for which it may do so.

I FURTHER ORDER the parties to meet and confer by May 16, 2022 regarding Walmart's disclosure. If the parties reach an agreement about this evidence, they must file a stipulation or status report regarding their agreement. If the parties cannot agree, then Jarrell

/ / / /

/ / / /

/ / / /

must file a supplemental brief by May 27, 2022, and Walmart must respond within 10 days of that brief's filing.

DATED this 21st day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2