1  Elizabeth A. Skane, Esq. (Bar No.7181)
   eskane@skanemills.com
2  Elizabeth C. Spaur, Esq.  (Bar No. 10446)
   espaur@skanemills.com
3  SKANE MILLS LLP
   1120 Town Center Drive, Suite 200
4  Las Vegas, Nevada  89144
   (702) 363-2535 / Fax (702) 363-2534
5
6  Attorneys for Defendants, WAL-MART STORES, INC. and WALMART INC d/b/a
   WALMART # 2593
7

8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10

11

12  LILIA JARRELL, an individual,                 CASE NO.: 2:18-cv-01219-APG-VCF

13              Plaintiff,

14      v.

15  WAL-MART STORES, INC.: WALMART
    INC d/b/a WALMART # 2593; INLAND
16  DIVERSIFIED LAS VEGAS EASTERN        STIPULATION AND ORDER FOR
    BELTWAY, LLC a/k/a THE INLAND REAL   DISMISSAL OF PLAINTIFF'S
17  ESTATE GROUP; THE INLAND REAL        COMPLAINT AGAINST WAL-MART
    ESTATE INVESTMENT CORPORATION;       STORES, INC. AND WALMART INC
18  DOES 1 through 100; and ROE          d/b/a WALMART # 2593,
    CORPORATIONS 1 through 100, inclusive, WITH PREJUDICE
19
20              Defendants.

21

22      **IT IS HEREBY STIPULATED** by and between Plaintiff, LILIA JARRELL

23  ("Plaintiff"), by and through her counsel of record, Farhan R. Naqvi, Esq. and Paul G. Albright,

24  Esq. of NAQVI INJURY LAW, and Defendants WAL-MART STORES, INC. and WALMART

25  INC d/b/a WALMART # 2593, by and through its counsel of record, Elizabeth A. Skane, Esq.

26  and Elizabeth C. Spaur, Esq. of SKANE MILLS LLP, that the Complaint filed by Plaintiff

27  LILIA JARRELL against Defendants WAL-MART STORES, INC. and WALMART INC d/b/a

28  WALMART # 2593 and any amendments thereafter, are hereby dismissed with prejudice against

                                    1

WAL-MART STORES, INC. and WALMART INC d/b/a WALMART # 2593.  Each party to bear their own attorneys' fees and costs.

   **IT IS SO STIPULATED.**


DATED this **30** day of August, 2022.           DATED this __31__ day of August, 2022.

NAQVI INJURY LAW                                 SKANE MILLS LLP

                                                 /s/  *Elizabeth C. Spaur*

/s/

By:_____            By:_____
Paul G. Albright, Esq. (Bar #14159)              Elizabeth C. Spaur, Esq. (Bar #10446)
*paul@naqvilaw.com*                              *espaur@skanemills.com*
9500 W. Flamingo Rd., Ste. 104                   1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89147                         Las Vegas, Nevada  89144

*Attorney for Plaintiff,*                        *Attorneys for Defendants,*
LILIA JARRELL                                    WAL-MART STORES, INC. and
                                                 WALMART INC d/b/a WALMART # 2593

**ORDER**

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, LILIA JARRELL, against Defendants WAL-MART STORES, INC. and WALMART INC d/b/a WALMART # 2593, in the above-captioned matter, United States District Court, Case No. 2:18-cv-01219-APG-DJA, including all claims alleged therein, are hereby dismissed with prejudice as to Defendants WAL-MART STORES, INC. and WALMART INC d/b/a WALMART # 2593. Each party to bear its own attorneys' fees and costs.

_____
DISTRICT COURT JUDGE
September 2, 2022

Respectfully submitted by:

SKANE MILLS LLP


/s/ *Elizabeth C. Spaur*
By:_____
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535

*Attorneys for Defendants,*
WAL-MART STORES, INC. and
WALMART INC d/b/a WALMART #2593